UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

In re:

THOMPSON, SHERI LYNN         Case No. 21-10034 KKS

a/k/a KINKER, SHERI LYNN       Chapter 7

    Debtor(s).

_____/

**ORDER APPROVING CHAPTER 7 TRUSTEE'S APPLICATION TO RETAIN BK GLOBAL REAL ESTATE SERVICES AND KIEFER REALTY. TO PROCURE CONSENTED PUBLIC SALE PURSUANT TO 11 U.S.C. §§327, 328 AND 330  (Doc. 32)**

THIS CAUSE CAME BEFORE THE COURT, upon consideration of the Trustee's Application to retention of BK Global Real Estate Services ("BKRES") and Kiefer Realty. to Procure Consented Public Sale Pursuant to 11 U.S.C. §§327, 328 AND 330 (Doc. 32), no hearing being necessary, it is:

**ORDERED**:

1.      Trustee's Application to Trustee's Application to retention of BK Global Real Estate Services ("BKRES") and Kiefer Realty is **APPROVED.**

2.      The Trustee is authorized to employ BK Global Real Estate Services ("BKRES") and Kiefer Realty, to procure a consented sale of the property of the estate. The Trustee is authorized to pay the real estate broker/agent the commission set forth in the Application, and any necessary expenses, from the proceeds of an approved sale, at closing.

**DONE AND ORDERED** on this  22nd  day of     June    , 20 21  .

                      KAREN K. SPECIE
                      United States Bankruptcy Judge

Trustee is directed to serve a copy of this order on interested parties and file a proof of service within three (3) days of entry of the order.
Order prepared by:  Theresa M Bender

Copies provided to:
Debtor(s).
Debtors
Charles F. Edwards, Esq
Interested Parties.