UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

In re:                                                                                              CASE NO: 21-10034-KKS
                                                                                                    CHAPTER 7
SHERI LYNN THOMPSON fka Sheri Lynn
Kinker,

        Debtor(s).
_____/

**FREEDOM MORTGAGE CORPORATION'S
RESPONSE TO TRUSTEE'S MOTION TO SELL**

      Freedom Mortgage Corporation, its successors and/or assigns ("Secured Creditor"), by and through its undersigned counsel, responds in conditional consent to the Trustee's Motion to Approve Short Sale [ECF NO. 42] ("Motion to Sell") filed on August 19, 2021 and states as follows:

      1.      On February 26, 2021, the Debtor ("Debtor" as used herein shall include both Debtors in a joint case), filed a voluntary petition pursuant to Chapter 7 of the Bankruptcy Code.

      2.      Secured Creditor holds a security interest in the Debtor's real property located at 4845 SW 53RD ROAD, Ocala, FL 34474 (the "Property"), which is legally described as:

**Lot 146, MEADOWS AT HEATH BROOK PHASE 1, according to the Plat thereof as recorded in Plat Book 10, Pages 177 through 180, inclusive, of the Public Records of Marion County, Florida.**

      3.      Further, and more specifically, Secured Creditor holds an interest in the Property by virtue of that certain mortgage, executed by the Debtor and properly recorded on April 8, 2016, in the Official Records of Marion County, Florida at Book 6371, Pages 1593-1604.

      4.      In the Motion to Sell, the Trustee is requesting to pursue short sale of property.

      5.      Secured Creditor does not necessarily oppose the granting of the Motion to Sell, but respectfully requests that: (a) any order provide that secured creditor will be paid in full subject to a proper payoff; (b) the Trustee's sale of the Property be explicitly conditioned on

obtaining Secured Creditor's written consent to the "Short Sale" at or prior to closing; and (c) that all proceeds from the sale (if consented to by Secured Creditor), less realtor fees and typical and customary closing costs, shall attach to Secured Creditor's lien at the time of the sale and shall not become property of the Debtor's bankruptcy estate nor be subject to distribution by the trustee; and (d) the closing and receipt of funds should be within 90 days from the date of the Order.

6. Absent the aforementioned conditions, Secured Creditor does not consent to the sale of the Property for an amount that is less than the entire amount of its lien. Secured Creditor avers that, pursuant to § 363(f), the Trustee may not conduct a "Short Sale" of the Subject Property without Secured Creditor's express consent.

**WHEREFORE**, Secured Creditor respectfully requests that this Honorable Court grant the Motion to Sell under the aforementioned conditions and restrictions or, in the alternative, deny the Debtor's Motion.

> BROCK & SCOTT, PLLC
> Attorney for Secured Creditor
> 2001 Northwest 64th Street, Suite 130
> Fort Lauderdale, FL 33309
> Phone: 813-342-2200
> Fax: 954-618-6954
> Floridabklegal@Brockandscott.com
>
> /s/ Patrick Hruby
> _____
> PATRICK HRUBY, ESQUIRE
> Florida Bar No. 0088657

**I CERTIFY** that a true copy hereof has been served electronically or via U.S. mail, first-class postage prepaid, to:

SHERI LYNN THOMPSON
16153 NE 50TH ST
WILLISTON, FL 32696-6472

Theresa M. Bender
P.O. Box 14557
Tallahassee, FL 32317

United States Trustee
110 E. Park Avenue
 Suite 128
Tallahassee, FL 32301

this 10th day of September, 2021.

BROCK & SCOTT, PLLC
Attorney for Secured Creditor
2001 Northwest 64th Street, Suite 130
Fort Lauderdale, FL 33309
Phone: 813-342-2200
Fax: 954-618-6954
Floridabklegal@Brockandscott.com

/s/ Patrick Hruby
_____
PATRICK HRUBY, ESQUIRE
Florida Bar No. 0088657