**MODIFIED BY THE COURT**

September 24, 2021
Date

Karen K. Specie
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| THOMPSON, SHERI LYNN ) | Case: 21-10034 |
| ) | Chapter 7 |
| Debtor(s) ) | |
| _____) | |

**AGREED ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION TO (I) APPROVE A SHORT SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS PURSUANT TO 11 U.S.C. § 363(b), (f), AND (m), (II) SURCHARGE AGREEMENT BETWEEN SECURED LENDER AND THE ESTATE, AND (III) OTHER RELIEF WITH LENDER'S CONSENT (Doc. 42)**
**(4845 SW 53ʳᴰ ROAD, OCALA, FL. 34474)**

**THIS CASE** came before the Court pursuant to consider the *Chapter 7 Trustee's Motion for Authority to Sell Real Property Free and Clear of Liens, Claims, Encumbrances, and Interests Pursuant to 11 U.S.C.§363(b),(f), and (m))with Lender's Consent* (Doc. 42) filed herein by Theresa M Bender, as Trustee (hereinafter "the Trustee"). As no interested parties or creditors have filed a response or objection to the sale as set forth in the Motion, the Court considers the matter unopposed and no hearing is required.

It is ORDERED:

1. *Chapter 7 Trustee's Motion for Authority to Sell Real Property of the Estate Pursuant to 11 U.S.C. §363(b), (f), and (m)) with Consent of Lienholder* (Doc. 42) is GRANTED for that property located at **4845 SW 53ʳᵈ Road, Ocala, FL 34474 (**the "**Real Property**").

2. Trustee is authorized to sell the above described Real Property in the amount of *$265,000.00 to David Fulton* (unrelated third party) (their assigns, or current purchaser) to purchase the undivided interest in the Real Property, free and clear of liens, claims, encumbrances, and interests. Consistent with the CD or HUD (attached to the Motion), the Trustee shall pay at closing to **Freedom Mortgage**, (the "**First Secured Creditor**"), in FULL and FAIR SATISFACTION of their entire note and lien in the

amount of $239,925.42 as set forth in that approval letter filed with the Motion. In the event, circumstances vary from that which is proscribed, the Trustee shall seek approval from the Secured Creditor. Upon receipt of the funds at closing, the Lender will release its lien on the property.

3. In addition, all fees, closing costs, settlement costs, and taxes, including the real estate commission, county taxes, recording, transfer, tax stamps, and preservation costs (includes cleaning services, utilities, locksmith, etc.); any prorated 2021 real property taxes and the real estate commission will be paid at time of closing..

4. The net of approximately *$18,000.00* is to be paid to the Bankruptcy Estate at closing.

5. Closing shall take place within *30* days of this Order. Failure to close within *30* days of this Order will render this Order moot.

6. In the event that the current purchaser withdraws its offer prior to the expiration of the inspection period, or otherwise fails to consummate the sale transaction, this Court authorizes the Trustee to accept any back-up offers submitted during the pendency of this sale prior to closing as long as the sale conforms to this Order.

7. Notice and service is sufficient to place all interested parties on notice ~~and the property is sold free and clear of unknown creditors who had judgments or recorded liens or mortgages on the Property and the creditors shall be treated as unsecured claimants in the estate.~~

8. The sale of this estate property is necessary to liquidate the interest of the Estate, and with the proceeds, provide a pro-rata distribution to the remaining allowable claims of this Estate.

9. The sale of the Property was negotiated in good faith and based on the principles of best business judgment. The Purchaser is a good faith purchaser entitled to the protections of Section 363(m).

10. The Trustee has made sufficient allegations and a request in the Motion to waive the 14 day stay requirement of Bankruptcy Rule 6004(h). No objections being raised, the 14-day stay requirement of

Rule 6004(h) is lifted immediately upon execution of this Order.

DONE AND ORDERED this day September 24, 2021 .

                                                KAREN K. SPECIE
                                                United States Bankruptcy Judge

Trustee is directed to serve a copy of this order on interested parties and file a certificate of service within three (3) days of entry of the order.

**Order Prepared by: (Modified in Chambers)**
Theresa M Bender
**Copies provided to:**
Debtor(s)
Debtor(s) Counsel
Theresa M Bender, Trustee
Charles Edwards, Asst. U.S. Trustee
All Parties in Interest